# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00697-CV

**Rollingwood Community Development Corporation, Appellant**

**v.**

**Pam Opiela, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-08-003630, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Rollingwood Community Development Corporation has filed an unopposed Appellant's Motion to Dismiss Appeal for Mootness. Appellant asserts that the underlying dispute has been resolved, the underlying suit dismissed, and the challenged temporary injunction dissolved. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   June 3, 2009